## JACKSON *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 104, September Term, 1964.]

*Decided August 5, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, SYBERT, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Byrnes in the court below.

*Application denied.*